UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGA
ROME DIVISION

RUBY GRANT,

    Plaintiff,

v.                                    CASE NO.: 4:17-cv-00215-HLM

COMENITY BANK,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COME NOW** Plaintiff, Ruby Grant, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice of the above captioned matter.

Respectfully submitted this 30th day of November, 2017.

                                              */s/ Octavio "Tav" Gomez*
                                              Octavio "Tav" Gomez, Esquire
                                              Florida Bar No.: 338620
                                              Georgia Bar No.: 617963
                                              Morgan & Morgan, Tampa, P.A.
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Tele: (813) 223-5505
                                              Fax: (813) 223-5402
                                              Email: TGomez@ForThePeople.com

JLee@ForThePeople.com
MRathbun@ForThePeople.com
Counsel for Plaintiff(s)/Claimant(s)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing filed on this 30th day of November, 2017, using the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Octavio "Tav" Gomez*
Octavio "Tav" Gomez, Esquire